**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7059**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY STANLEY WASHINGTON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. Russell A. Eliason, Magistrate Judge. (CR-92-296-1-WS)

---

Submitted: January 11, 1996          Decided: January 23, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Barry Stanley Washington, Appellant Pro Se.  Robert Michael Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying his motion for transcripts and his motion for appointment of counsel.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>United States v. Washington</u>, No. CR-92-296-1-WS (M.D.N.C. May 22, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The magistrate judge was authorized to enter the order in this matter. 28 U.S.C. § 636(b)(1)(A) (1988).